UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff, : | |
| : | |
| v. : | No.  5:19-cv-3283 |
| : | |
| ALCAZAR NETWORKS, INC., : | |
| Defendant. : | |

_____

## NOTICE
No Proof of Service on Docket

TO:    Plaintiff

    A review of the Court's records indicates that on July 26, 2019, Plaintiff filed a Complaint in the United States District Court for the Eastern District of Pennsylvania.  In order to achieve the delay reduction goals set forth in the Civil Justice Reform Act of 1990, 28 U.S.C. §§ 471-482, Plaintiff's counsel is to serve the Summons and Complaint on all Defendants promptly.

    The Docket does not indicate that Plaintiff has properly served Defendant as of this date.  If you have already properly served Defendant, you are to promptly file proof of service pursuant to Federal Rule of Civil Procedure 4(l).  If you have not yet made proper service, you are to promptly serve Defendant and file proof of service with the Clerk of Court.

    If proof of service is not filed within thirty (30) days of the date of this Notice, the Court may dismiss this action pursuant to Federal Rule of Civil Procedure 4(m).

                        KATE BARKMAN, Clerk of Court

                        By:/s/ Diane J. Abeles_____
                           Diane J. Abeles, Civil Deputy Clerk
                           The Honorable Joseph F. Leeson, Jr.
                           Diane_J_Abeles@paed.uscourts.gov

Date of Notice:  October 2, 2019