# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA; et seq.
Plaintiff (Petitioner)

V.

ALCAZAR NETWORKS, INC., ET AL,
Defendant (Respondent)

CASE and/or DOCKET No.: 19-03283

Sheriff's Sale Date: _____

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS & COMPLAINT**

I, KENDRA DAY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served ALCAZAR NETWORKS, INC. the above process on the 6 day of October, 2019, at 2:35 o'clock, PM, at C/O PRESIDENT- GAVIN GRABIAS, 6679 RUTHERFORD DRIVE MACUNGIE, PA 18062, County of Lehigh, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age _56-60_  Height _6'2"_  Weight _250_  Race _WHITE_  Sex _MALE_  Hair _GRAY & WHITE/BALDING_
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of _Pa_ ) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared _Kendra Day_ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)
File Number: USA-194467
Case ID #: 5650086

Subscribed and sworn to before me
this _7_ day of _OCT_, 20_19_

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public

NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021