GROSS MCGINLEY, LLP
By:  Samuel E. Cohen, Esquire
ID No:  204617
33 South Seventh Street
PO Box 4060
Allentown, PA  18105-4060
E-Mail:  scohen@grossmcginley.com
Phone:  610-820-5450
Fax:     610-820-6006

*Attorney for Defendant, Alcazar Networks, Inc.*

| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>ALCAZAR NETWORKS, INC<br>Defendants | **UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF PENNSYLVANIA**<br><br>**CIVIL ACTION NO. 19-03283** |
|---|---|

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Please enter my appearance on behalf of the Defendant, ***Alcazar Networks, Inc.***

Papers may be served at the address set forth above.

                GROSS McGINLEY, LLP

                By: _____
                     SAMUEL E. COHEN, ESQUIRE
                     ID No:  204617

Dated:  November 6, 2019

GROSS MCGINLEY, LLP
By:  Samuel E. Cohen, Esquire
ID No:  204617
33 South Seventh Street
PO Box 4060
Allentown, PA  18105-4060
E-Mail:  scohen@grossmcginley.com
Phone:  610-820-5450
Fax:     610-820-6006

*Attorney for Defendant, Alcazar Networks, Inc.*

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>ALCAZAR NETWORKS, INC<br>Defendants | **UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF PENNSYLVANIA**<br><br>**CIVIL ACTION NO. 19-03283** |

## CERTIFICATE OF SERVICE

SALLY A. MOLINA hereby certifies that she has electronically filed a true and correct document entitled *Entry of Appearance*, which is available for viewing and downloading from the United States District Court for the Eastern District of Pennsylvania Electronic Case Filing System (ECF), on November 6, 2019.

GROSS McGINLEY, LLP

BY:_____
     SALLY A. MOLINA
     Legal Administrative Assistant

01337378.DOCX