GROSS MCGINLEY, LLP
By:  Kellie Rahl-Heffner, Esquire
ID No:  200962
33 South Seventh Street
PO Box 4060
Allentown, PA  18105-4060
E-Mail:  krahl-heffner@grossmcginley.com
Phone:  610-820-5450
Fax:     610-820-6006

*Attorney for Defendant, Alcazar Networks, Inc.*

| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>ALCAZAR NETWORKS, INC<br>Defendants | **UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF PENNSYLVANIA**<br><br>**CIVIL ACTION NO. 19-03283** |
|---|---|

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

    Please enter my appearance on behalf of the Defendant, ALCAZAR NETWORKS, INC.

    Papers may be served at the address set forth above.

                                    GROSS McGINLEY, LLP

                                  By:  _____
                                       KELLIE RAHL-HEFFNER, ESQUIRE
                                       ID No:  200962

Dated:  November 5, 2019

## **CERTIFICATE OF COMPLIANCE**

I certify that this filing complies with the provisions of the *Case Records Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

SUBMITTED BY:

_____
KELLIE RAHL-HEFFNER, ESQUIRE
ID No: 200962

Date: November 5, 2019