# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff, | :<br>:<br>: |
| v. | :  No. 19-cv-3283 |
| ALCAZAR NETWORKS, INC.,<br>    Defendant. | :<br>:<br>: |

# O R D E R

**AND NOW**, this 6th day of November, 2019, upon consideration of the stipulation of the parties for an extension of time for Defendant to file an answer to Plaintiff's Complaint, ECF No. 8, **IT IS HEREBY ORDERED THAT:**

1. The stipulation, ECF 8, is **approved and granted in part and disapproved and denied in part**; and

2. Defendant's deadline to file an Answer to Plaintiff's Complaint, only, and for no other purpose, is extended through and including December 20, 2019.

                BY THE COURT:


                */s/ Joseph F. Leeson, Jr.*
                JOSEPH F. LEESON, JR.
                United States District Court