**GROSS MCGINLEY, LLP**
**By:  Kellie Rahl-Heffner, Esquire**
**ID No:  200962**
**Samuel E. Cohen, Esquire**
**ID No: 204617**
**33 South Seventh Street**
**PO Box 4060**
**Allentown, PA  18105-4060**
**E-Mail:  krahl-heffner@grossmcginley.com**
**Phone:  610-820-5450**
**Fax:     610-820-6006**
*Attorneys for Defendant, Alcazar Networks, Inc.*

| UNITED STATES OF AMERICA<br>Plaintiff<br><br>v.<br><br>ALCAZAR NETWORKS, INC<br>Defendants | **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF PENNSYLVANIA**<br><br>**CIVIL ACTION NO. 19-3283** |
|---|---|

### ANSWER OF DEFENDANT, ALCAZAR NETWORKS, INC. TO PLAINTIFF'S COMPLAINT

AND NOW, comes Defendant, Alcazar Networks, Inc. (hereinafter "Alcazar") by and through their attorney, Gross McGinley, LLP and Kellie Rahl-Heffner, Esquire and responds to Plaintiff's Complaint as follows:

1. Admitted.

2. Denied. The current address for Alcazar is 6900 Hamilton Blvd. Unit 285, Trexlertown, PA 18087.

3. Denied. The averment refers to a written document, which speaks for itself when and if properly authenticated at the time of trial Strict Proof is demanded at the time of trial.

4. Denied. The averment refers to a written document, which speaks for itself when and if properly authenticated at the time of trial Strict Proof is demanded at the time of trial.

5. Denied. The averment refers to a written document, which speaks for itself when and if properly authenticated at the time of trial Strict Proof is demanded at the time of trial.

6. Denied. The averment refers to a written document, which speaks for itself when and if properly authenticated at the time of trial Strict Proof is demanded at the time of trial.

7. Denied. The averment refers to a written document, which speaks for itself when and if properly authenticated at the time of trial Strict Proof is demanded at the time of trial.

8. Denied. The averment refers to a written document, which speaks for itself when and if properly authenticated at the time of trial Strict Proof is demanded at the time of trial.

9. Denied. The averment refers to a written document, which speaks for itself when and if properly authenticated at the time of trial Strict Proof is demanded at the time of trial.

10. Denied. The averment refers to a written document, which speaks for itself when and if properly authenticated at the time of trial Strict Proof is demanded at the time of trial.

11. Denied. The averment refers to a written document, which speaks for itself when and if properly authenticated at the time of trial Strict Proof is demanded at the time of trial.

12. Denied. The averment refers to a written document, which speaks for itself when and if properly authenticated at the time of trial Strict Proof is demanded at the time of trial.

13. Denied. The averment refers to a written document, which speaks for itself when and if properly authenticated at the time of trial Strict Proof is demanded at the time of trial.

14. Denied. Defendant specifically denies that a demand has been made at any time prior the filing of this action.

WHEREFORE, Defendant, Alcazar Networks, Inc, respectfully requests this Honorable Court to enter Judgment in their favor and against Plaintiff, together with such other relief, as this Honorable Court deems appropriate.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

Plaintiff's claims are barred by should be reduced by Accord and Satisfaction.

### Second Affirmative Defense

Plaintiff claims are barred by the statute of limitations.

### Third Affirmative Defense

Plaintiff has not stated a cause of action upon which it may base a recovery.

### Fourth Affirmative Defense

Plaintiff's claims are barred by doctrine of waiver.


GROSS MCGINLEY, LLP

By: _/s/ Kellie Rahl-Heffner_

KELLIE RAHL-HEFFNER, ESQUIRE
ID#: 200962
33 South 7th Street, P.O. Box 4060
Allentown, PA 18105-4060
Phone: (610) 820-5450
Fax: (610) 820-6006

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of the Answer of Defendant, Alcazar Networks, Inc to Plaintiff's Complaint, were forwarded by first class mail, postage paid and email, to the following:

Rebecca A. Solarz, Esquire
701 Market Street
Suite 5000
Philadelphia, PA 19106
RSolarz@kmllawgroup.com

GROSS MCGINLEY, LLP

By: _____
KELLIE RAHL-HEFFNER, ESQUIRE
ID#: 200962
33 South 7th Street, P.O. Box 4060
Allentown, PA 18105-4060
Phone: (610) 820-5450
Fax: (610) 820-6006