IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| ALCAZAR NETWORKS, INC. | : | 19-3283 |

**NOTICE OF ARBITRATION HEARING**

Please take note that the above-captioned case has been scheduled for ARBITRATION at 9:30am on May 7, 2020. **PLEASE NOTE THAT THIS ARBITRATION HEARING WILL BE HELD IN THE EDWARD N. CAHN FEDERAL COURTHOUSE, 504 W. HAMILTON STREET, ALLENTOWN, PA 18101. PLEASE REPORT TO ROOM 1620 FOR YOUR ROOM ASSIGNMENT.**

NOTE: Arbitrators shall not participate in settlement discussions.

Kate Barkman
Clerk of Court

By: /s/ Kristen Pepin
Kristen Pepin Deputy Clerk
Phone: 267-299-7018

Date:   1/17/2020