UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| | : |
| v. | :   No. 5:19-cv-03283 |
| | : |
| ALCAZAR NETWORKS, INC., | : |
| Defendant. | : |

_____

**O R D E R**

  **AND NOW**, this 1st day of April, 2020, upon consideration of the parties' Compromise and Settlement Agreement providing for the entry of a Consent Judgment in the event of default, *see* ECF No. 12; the dismissal Order entered pursuant to Local Rule 41.1(b) on March 30, 2020, providing that the Court will retain jurisdiction for ninety (90) days for the purpose of enforcing the settlement agreement, *see* ECF No. 13; and of the parties' request that the Court retain jurisdiction for an additional period of time, **IT IS HEREBY ORDERED THAT:**

  1. The Court will retain jurisdiction for a period of one hundred eighty (180) days from the date of the dismissal Order, *see* ECF No. 13, for the purpose of enforcing the settlement agreement.

  2. Should the Defendant fail to comply with any of the terms of the Compromise and Settlement Agreement, the dismissal Order shall be set aside upon the filing by Plaintiff of an Affidavit of NonCompliance, and a Consent Judgment shall be entered against Defendant.

                BY THE COURT:


                */s/ Joseph F. Leeson, Jr.*_____
                JOSEPH F. LEESON, JR.
                United States District Judge